UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LINDA BAYS,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF KENNEWICK, KENNEWICK POLICE DEPARTMENT, KENNEWICK PROSECUTORS OFFICE, BENTON COUNTY JAIL, BENTON COUNTY DISTRICT COURT, OFFICER DAN TODD, OFFICER JOE JACKSON, ASSISTANT CITY ATTORNEY, CODEE L. McDANIEL, and JOHN and/or JANE DOES,<br><br>　　　　　　　Defendants. | NO: 4:17-CV-0310-TOR<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS CERTAIN DEFENDANTS |

BEFORE THE COURT is Plaintiff's Motion to Voluntary Dismiss Without Prejudice (ECF No. 18). Plaintiff moves the Court to dismiss her Complaint without prejudice against the Benton County District Court, Kennewick Prosecutors Office, and Officer Dan Todd pursuant to Federal Rule of Civil

ORDER GRANTING PLAINTIFF'S
MOTION TO VOLUNTARILY DISMISS ~ 1

Procedure 41(a). The motion was submitted without a request for oral argument. The Court has reviewed the file and the record, and is fully informed.

Rule 41(a)(1) allows the plaintiff to dismiss an action without prejudice by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Defendants have not filed an answer or a motion for summary judgment. Plaintiff thus has the right to dismiss the claim against the above named defendants. Pursuant to Rule 41(a), the Motion to Voluntarily Dismiss is GRANTED.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Plaintiff's Motion to Voluntarily Dismiss without Prejudice (ECF No. 18) is **GRANTED**. Plaintiff's Complaint against Benton County District Court, Kennewick Prosecutors Office, and Officer Dan Todd is **dismissed without prejudice**.

The District Court Executive is directed to enter this order, terminate the above named defendants from the action, and furnish copies to the parties.

**DATED** January 5, 2018.



THOMAS O. RICE
Chief United States District Judge