UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LINDA BAYS,<br><br>                Plaintiff,<br><br>   v.<br><br>CITY OF KENNEWICK, KENNEWICK POLICE DEPARTMENT, OFFICER JOE JACKSON, and ASSISTANT CITY ATTORNEY CODEE L. McDANIEL,<br><br>                Defendants. | NO: 2:17-CV-0310-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation for Dismissal (ECF No. 30). The parties have stipulated to the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without an award of attorney's fees or costs to any party.

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice and without attorney fees or costs to any party.

The District Court Executive is hereby directed to enter this Order, enter Judgment accordingly, furnish copies to the parties, and **CLOSE** the file.

DATED October 22, 2018.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2